DSG/CRC: USAO 2022R00390



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 22-CR-00429 DKC |
| | * | |
| OJ RASHAD GREEN, | * | (Distribution of a Controlled |
| a/k/a Rashaud Green, | * | Substance, 21 U.S.C. § 841; |
| a/k/a "ICE," | * | Forfeiture, 21 U.S.C. § 853) |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland charges that:

On or about January 21, 2022, in the District of Maryland and elsewhere, the defendant,

**OJ RASHAD GREEN,**
**a/k/a Rashaud Green,**
**a/k/a/ "ICE,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(C)

## COUNT TWO
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about September 28, 2022, in the District of Maryland and elsewhere, the defendant,

**OJ RASHAD GREEN,**
**a/k/a Rashaud Green,**
**a/k/a/ "ICE,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(C)

# FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 in the event of the defendant's conviction under Counts One and Two of this Indictment.

## Narcotics Forfeiture

2. Upon conviction of the offenses set forth in Counts One and Two of this Indictment, and incorporated here, the defendant,

**OJ RASHAD GREEN,**
**a/k/a Rashaud Green,**
**a/k/a "ICE,"**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a): (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (2) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

## Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above,

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

Date: 12/14/22

*Erek Barron/cKc*
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: 12/14/22