# APPENDIX 1

# AO TABLE H-15 (Sept. 30, 2021)

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending September 30, 2021**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations — Felony | Rearrest Violations — Misdemeanor | Rearrest Violations — Other | FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 172,647 | 60,482 | 35.0 | 10,239 | 16.9 | 656 | 637 | 70 | 800 | 9,339 | 16,533 |
| 1ST | 6,703 | 2,702 | 40.3 | 398 | 14.7 | 31 | 26 | 0 | 14 | 345 | 560 |
| ME | 574 | 275 | 47.9 | 50 | 18.2 | 2 | 10 | 0 | 1 | 42 | 70 |
| MA | 1,820 | 884 | 48.6 | 126 | 14.3 | 16 | 4 | 0 | 10 | 104 | 168 |
| NH | 587 | 299 | 50.9 | 65 | 21.7 | 3 | 6 | 0 | 0 | 56 | 82 |
| RI | 486 | 222 | 45.7 | 41 | 18.5 | 8 | 6 | 0 | 1 | 31 | 53 |
| PR | 3,236 | 1,022 | 31.6 | 116 | 11.4 | 2 | 0 | 0 | 2 | 112 | 187 |
| 2ND | 11,224 | 5,596 | 49.9 | 747 | 13.3 | 74 | 73 | 9 | 65 | 637 | 1,212 |
| CT | 1,242 | 671 | 54.0 | 138 | 20.6 | 21 | 12 | 2 | 5 | 119 | 266 |
| NY,N | 958 | 385 | 40.2 | 73 | 19.0 | 2 | 4 | 0 | 29 | 67 | 111 |
| NY,E | 3,344 | 1,702 | 50.9 | 210 | 12.3 | 16 | 18 | 2 | 9 | 188 | 353 |
| NY,S | 3,994 | 1,972 | 49.4 | 171 | 8.7 | 28 | 29 | 4 | 17 | 117 | 235 |
| NY,W | 1,337 | 698 | 52.2 | 113 | 16.2 | 6 | 7 | 0 | 5 | 105 | 166 |
| VT | 349 | 168 | 48.1 | 42 | 25.0 | 1 | 3 | 1 | 0 | 41 | 81 |
| 3RD | 9,762 | 4,519 | 46.3 | 571 | 12.6 | 75 | 67 | 13 | 30 | 530 | 908 |
| DE | 232 | 73 | 31.5 | 1 | 1.4 | 0 | 0 | 0 | 0 | 1 | 1 |
| NJ | 3,969 | 2,099 | 52.9 | 170 | 8.1 | 38 | 31 | 1 | 19 | 154 | 199 |
| PA,E | 1,891 | 714 | 37.8 | 124 | 17.4 | 7 | 6 | 2 | 9 | 123 | 270 |
| PA,M | 1,411 | 515 | 36.5 | 72 | 14.0 | 6 | 5 | 7 | 1 | 60 | 109 |
| PA,W | 2,030 | 1,008 | 49.7 | 198 | 19.6 | 22 | 25 | 3 | 1 | 188 | 323 |
| VI | 229 | 110 | 48.0 | 6 | 5.5 | 2 | 0 | 0 | 0 | 4 | 6 |
| 4TH | 11,781 | 4,432 | 37.6 | 721 | 16.3 | 45 | 68 | 7 | 31 | 642 | 1,044 |
| MD | 1,659 | 716 | 43.2 | 105 | 14.7 | 4 | 7 | 1 | 3 | 99 | 156 |
| NC,E | 2,327 | 760 | 32.7 | 144 | 18.9 | 16 | 31 | 5 | 4 | 116 | 233 |
| NC,M | 769 | 233 | 30.3 | 44 | 18.9 | 3 | 2 | 0 | 3 | 39 | 51 |
| NC,W | 1,280 | 264 | 20.6 | 32 | 12.1 | 2 | 1 | 0 | 1 | 25 | 34 |
| SC | 1,813 | 765 | 42.2 | 102 | 13.3 | 6 | 7 | 0 | 7 | 92 | 147 |
| VA,E | 1,863 | 787 | 42.2 | 57 | 7.2 | 4 | 4 | 1 | 7 | 47 | 72 |
| VA,W | 744 | 305 | 41.0 | 46 | 15.1 | 6 | 3 | 0 | 3 | 41 | 57 |
| WV,N | 764 | 398 | 52.1 | 144 | 36.2 | 2 | 10 | 0 | 1 | 139 | 238 |
| WV,S | 562 | 204 | 36.3 | 47 | 23.0 | 2 | 3 | 0 | 2 | 44 | 56 |
| 5TH | 37,774 | 8,353 | 22.1 | 1,007 | 12.1 | 72 | 50 | 5 | 106 | 916 | 1,156 |
| LA,E | 802 | 332 | 41.4 | 10 | 3.0 | 2 | 1 | 0 | 0 | 7 | 12 |
| LA,M | 300 | 133 | 44.3 | 23 | 17.3 | 2 | 4 | 0 | 0 | 21 | 32 |
| LA,W | 756 | 221 | 29.2 | 8 | 3.6 | 2 | 1 | 0 | 0 | 6 | 10 |
| MS,N | 339 | 142 | 41.9 | 21 | 14.8 | 2 | 2 | 0 | 0 | 17 | 29 |
| MS,S | 872 | 279 | 32.0 | 7 | 2.5 | 2 | 0 | 0 | 0 | 5 | 7 |
| TX,N | 2,842 | 953 | 33.5 | 124 | 13.0 | 15 | 11 | 2 | 9 | 99 | 152 |
| TX,E | 2,401 | 577 | 24.0 | 45 | 7.8 | 4 | 1 | 0 | 4 | 41 | 48 |
| TX,S | 17,363 | 3,159 | 18.2 | 325 | 10.3 | 30 | 21 | 1 | 56 | 288 | 369 |
| TX,W | 12,099 | 2,557 | 21.1 | 444 | 17.4 | 13 | 9 | 2 | 37 | 432 | 497 |

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending September 30, 2021**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations Felony | Rearrest Violations Misdemeanor | Rearrest Violations Other | FTA Violations | Technical Violations | Reports to Court |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 6TH | 12,843 | 4,970 | 38.7 | 807 | 16.2 | 44 | 38 | 5 | 54 | 759 | 1,339 |
| KY,E | 1,056 | 282 | 26.7 | 28 | 9.9 | 1 | 2 | 0 | 6 | 25 | 31 |
| KY,W | 838 | 342 | 40.8 | 37 | 10.8 | 5 | 4 | 0 | 3 | 36 | 79 |
| MI,E | 2,291 | 1,166 | 50.9 | 235 | 20.2 | 5 | 4 | 1 | 3 | 235 | 428 |
| MI,W | 643 | 210 | 32.7 | 47 | 22.4 | 1 | 7 | 0 | 2 | 39 | 65 |
| OH,N | 2,305 | 982 | 42.6 | 74 | 7.5 | 2 | 3 | 1 | 33 | 60 | 96 |
| OH,S | 1,876 | 922 | 49.1 | 152 | 16.5 | 0 | 0 | 1 | 1 | 150 | 247 |
| TN,E | 1,682 | 359 | 21.3 | 36 | 10.0 | 3 | 1 | 0 | 2 | 34 | 39 |
| TN,M | 911 | 302 | 33.2 | 89 | 29.5 | 23 | 13 | 1 | 2 | 78 | 163 |
| TN,W | 1,241 | 405 | 32.6 | 109 | 26.9 | 4 | 4 | 1 | 2 | 102 | 191 |
| 7TH | 8,155 | 3,312 | 40.6 | 700 | 21.1 | 36 | 46 | 5 | 46 | 670 | 1,336 |
| IL,N | 3,107 | 1,499 | 48.2 | 296 | 19.7 | 21 | 26 | 2 | 9 | 284 | 669 |
| IL,C | 822 | 226 | 27.5 | 43 | 19.0 | 1 | 0 | 0 | 2 | 42 | 70 |
| IL,S | 680 | 277 | 40.7 | 77 | 27.8 | 4 | 2 | 1 | 2 | 75 | 126 |
| IN,N | 951 | 298 | 31.3 | 36 | 12.1 | 1 | 3 | 0 | 4 | 33 | 38 |
| IN,S | 1,411 | 481 | 34.1 | 116 | 24.1 | 0 | 0 | 0 | 3 | 117 | 201 |
| WI,E | 858 | 434 | 50.6 | 111 | 25.6 | 7 | 13 | 2 | 8 | 100 | 196 |
| WI,W | 326 | 97 | 29.8 | 21 | 21.6 | 2 | 2 | 0 | 18 | 19 | 36 |
| 8TH | 14,168 | 4,737 | 33.4 | 1,421 | 30.0 | 100 | 100 | 15 | 86 | 1,324 | 3,199 |
| AR,E | 2,026 | 864 | 42.6 | 275 | 31.8 | 29 | 18 | 1 | 45 | 245 | 530 |
| AR,W | 568 | 129 | 22.7 | 15 | 11.6 | 0 | 0 | 0 | 1 | 14 | 20 |
| IA,N | 720 | 214 | 29.7 | 70 | 32.7 | 3 | 9 | 0 | 12 | 64 | 93 |
| IA,S | 1,157 | 255 | 22.0 | 82 | 32.2 | 2 | 5 | 2 | 3 | 79 | 127 |
| MN | 923 | 410 | 44.4 | 86 | 21.0 | 10 | 11 | 1 | 4 | 75 | 134 |
| MO,E | 3,143 | 936 | 29.8 | 424 | 45.3 | 15 | 4 | 8 | 5 | 411 | 1,569 |
| MO,W | 2,447 | 644 | 26.3 | 166 | 25.8 | 16 | 19 | 2 | 0 | 155 | 330 |
| NE | 1,151 | 450 | 39.1 | 84 | 18.7 | 11 | 10 | 0 | 3 | 76 | 103 |
| ND | 892 | 377 | 42.3 | 87 | 23.1 | 2 | 0 | 0 | 3 | 85 | 95 |
| SD | 1,141 | 458 | 40.1 | 132 | 28.8 | 12 | 24 | 1 | 10 | 120 | 198 |
| 9TH | 35,973 | 13,470 | 37.4 | 2,644 | 19.6 | 98 | 103 | 4 | 283 | 2,427 | 4,146 |
| AK | 490 | 185 | 37.8 | 49 | 26.5 | 0 | 0 | 0 | 0 | 47 | 74 |
| AZ | 9,218 | 2,119 | 23.0 | 517 | 24.4 | 16 | 15 | 2 | 77 | 485 | 668 |
| CA,N | 1,962 | 1,183 | 60.3 | 200 | 16.9 | 0 | 0 | 0 | 6 | 199 | 361 |
| CA,E | 2,020 | 727 | 36.0 | 44 | 6.1 | 2 | 4 | 0 | 3 | 36 | 51 |
| CA,C | 6,307 | 2,310 | 36.6 | 316 | 13.7 | 26 | 25 | 2 | 56 | 267 | 471 |
| CA,S | 8,745 | 3,504 | 40.1 | 891 | 25.4 | 35 | 35 | 0 | 109 | 797 | 1,482 |
| HI | 582 | 304 | 52.2 | 41 | 13.5 | 0 | 0 | 0 | 1 | 40 | 61 |
| ID | 717 | 244 | 34.0 | 41 | 16.8 | 2 | 3 | 0 | 6 | 37 | 59 |
| MT | 709 | 286 | 40.3 | 69 | 24.1 | 6 | 8 | 0 | 0 | 66 | 76 |
| NV | 1,463 | 534 | 36.5 | 77 | 14.4 | 0 | 3 | 0 | 7 | 67 | 88 |
| OR | 1,544 | 911 | 59.0 | 208 | 22.8 | 4 | 3 | 0 | 7 | 202 | 389 |
| WA,E | 693 | 278 | 40.1 | 74 | 26.6 | 3 | 3 | 0 | 3 | 71 | 157 |
| WA,W | 1,375 | 769 | 55.9 | 97 | 12.6 | 4 | 3 | 0 | 8 | 93 | 169 |
| GUAM | 108 | 81 | 75.0 | 15 | 18.5 | 0 | 1 | 0 | 0 | 15 | 23 |
| NM,I | 40 | 35 | 87.5 | 5 | 14.3 | 0 | 0 | 0 | 0 | 5 | 17 |

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending September 30, 2021**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations ||| FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Felony | Misdemeanor | Other | | | |
| 10TH | 11,079 | 3,564 | 32.2 | 588 | 16.5 | 16 | 25 | 2 | 55 | 542 | 818 |
| CO | 1,204 | 403 | 33.5 | 51 | 12.7 | 1 | 3 | 0 | 22 | 46 | 76 |
| KS | 1,094 | 416 | 38.0 | 81 | 19.5 | 5 | 4 | 0 | 1 | 73 | 119 |
| NM | 4,170 | 1,211 | 29.0 | 172 | 14.2 | 0 | 1 | 0 | 13 | 168 | 193 |
| OK,N | 1,041 | 312 | 30.0 | 74 | 23.7 | 1 | 0 | 0 | 2 | 70 | 134 |
| OK,E | 596 | 88 | 14.8 | 15 | 17.0 | 2 | 0 | 0 | 2 | 13 | 15 |
| OK,W | 1,211 | 535 | 44.2 | 89 | 16.6 | 1 | 4 | 1 | 8 | 81 | 157 |
| UT | 1,421 | 516 | 36.3 | 95 | 18.4 | 6 | 13 | 1 | 4 | 82 | 113 |
| WY | 342 | 83 | 24.3 | 11 | 13.3 | 0 | 0 | 0 | 3 | 9 | 11 |
| 11TH | 13,185 | 4,827 | 36.6 | 635 | 13.2 | 65 | 41 | 5 | 30 | 547 | 815 |
| AL,N | 990 | 373 | 37.7 | 57 | 15.3 | 3 | 1 | 1 | 0 | 52 | 72 |
| AL,M | 346 | 189 | 54.6 | 18 | 9.5 | 3 | 0 | 0 | 6 | 13 | 21 |
| AL,S | 564 | 187 | 33.2 | 34 | 18.2 | 3 | 1 | 2 | 1 | 30 | 40 |
| FL,N | 776 | 341 | 43.9 | 63 | 18.5 | 12 | 4 | 0 | 2 | 53 | 92 |
| FL,M | 3,025 | 906 | 30.0 | 138 | 15.2 | 19 | 11 | 0 | 1 | 121 | 192 |
| FL,S | 3,352 | 1,218 | 36.3 | 129 | 10.6 | 3 | 2 | 1 | 3 | 127 | 164 |
| GA,N | 2,140 | 834 | 39.0 | 72 | 8.6 | 7 | 11 | 0 | 9 | 51 | 88 |
| GA,M | 1,017 | 413 | 40.6 | 76 | 18.4 | 11 | 4 | 1 | 3 | 59 | 92 |
| GA,S | 975 | 366 | 37.5 | 48 | 13.1 | 4 | 7 | 0 | 5 | 41 | 54 |

NOTE:  This table excludes data for the District of Columbia and includes transfers received.

# APPENDIX 2

# AO TABLE H-14A (Sept. 30, 2021)
https://perma.cc/CYV5-3TZ6

**Table H-14A.**
**U.S. District Courts ---- Pretrial Services Release and Detention, Excluding Immigration Cases**
**For the 12-Month Period Ending September 30, 2021**

| Circuit and District | Cases[1] | Detained and Never Released[2] | | Released[3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct. |
| TOTAL | 55,037 | 30,959 | 56.3 | 24,078 | 43.7 |
| 1ST | 1,963 | 1,127 | 57.4 | 836 | 42.6 |
| ME | 152 | 55 | 36.2 | 97 | 63.8 |
| MA | 492 | 217 | 44.1 | 275 | 55.9 |
| NH | 214 | 100 | 46.7 | 114 | 53.3 |
| RI | 177 | 78 | 44.1 | 99 | 55.9 |
| PR | 928 | 677 | 73.0 | 251 | 27.0 |
| 2ND | 2,976 | 1,313 | 44.1 | 1,663 | 55.9 |
| CT | 300 | 117 | 39.0 | 183 | 61.0 |
| NY,N | 336 | 174 | 51.8 | 162 | 48.2 |
| NY,E | 721 | 279 | 38.7 | 442 | 61.3 |
| NY,S | 1,152 | 536 | 46.5 | 616 | 53.5 |
| NY,W | 356 | 146 | 41.0 | 210 | 59.0 |
| VT | 111 | 61 | 55.0 | 50 | 45.0 |
| 3RD | 2,634 | 1,162 | 44.1 | 1,472 | 55.9 |
| DE | 71 | 34 | 47.9 | 37 | 52.1 |
| NJ | 995 | 398 | 40.0 | 597 | 60.0 |
| PA,E | 495 | 252 | 50.9 | 243 | 49.1 |
| PA,M | 373 | 183 | 49.1 | 190 | 50.9 |
| PA,W | 637 | 274 | 43.0 | 363 | 57.0 |
| VI | 63 | 21 | 33.3 | 42 | 66.7 |
| 4TH | 4,199 | 2,211 | 52.7 | 1,988 | 47.3 |
| MD | 541 | 242 | 44.7 | 299 | 55.3 |
| NC,E | 888 | 533 | 60.0 | 355 | 40.0 |
| NC,M | 320 | 208 | 65.0 | 112 | 35.0 |
| NC,W | 407 | 294 | 72.2 | 113 | 27.8 |
| SC | 548 | 285 | 52.0 | 263 | 48.0 |
| VA,E | 750 | 310 | 41.3 | 440 | 58.7 |
| VA,W | 188 | 75 | 39.9 | 113 | 60.1 |
| WV,N | 328 | 130 | 39.6 | 198 | 60.4 |
| WV,S | 229 | 134 | 58.5 | 95 | 41.5 |
| 5TH | 12,219 | 8,331 | 68.2 | 3,888 | 31.8 |
| LA,E | 245 | 98 | 40.0 | 147 | 60.0 |
| LA,M | 72 | 25 | 34.7 | 47 | 65.3 |
| LA,W | 249 | 134 | 53.8 | 115 | 46.2 |
| MS,N | 138 | 59 | 42.8 | 79 | 57.2 |
| MS,S | 290 | 192 | 66.2 | 98 | 33.8 |
| TX,N | 892 | 549 | 61.5 | 343 | 38.5 |
| TX,E | 925 | 595 | 64.3 | 330 | 35.7 |
| TX,S | 4,854 | 3,571 | 73.6 | 1,283 | 26.4 |
| TX,W | 4,554 | 3,108 | 68.2 | 1,446 | 31.8 |

**Table H-14A.**

**U.S. District Courts ---- Pretrial Services Release and Detention, Excluding Immigration Cases**

**For the 12-Month Period Ending September 30, 2021**

| Circuit and District | Cases[1] | Detained and Never Released[2] | | Released[3] | |
|---|---:|---:|---:|---:|---:|
| | | Total | Pct. | Total | Pct. |
| 6TH | 4,462 | 2,479 | 55.6 | 1,983 | 44.4 |
| KY,E | 312 | 197 | 63.1 | 115 | 36.9 |
| KY,W | 255 | 137 | 53.7 | 118 | 46.3 |
| MI,E | 735 | 297 | 40.4 | 438 | 59.6 |
| MI,W | 295 | 184 | 62.4 | 111 | 37.6 |
| OH,N | 951 | 490 | 51.5 | 461 | 48.5 |
| OH,S | 655 | 271 | 41.4 | 384 | 58.6 |
| TN,E | 617 | 502 | 81.4 | 115 | 18.6 |
| TN,M | 217 | 144 | 66.4 | 73 | 33.6 |
| TN,W | 425 | 257 | 60.5 | 168 | 39.5 |
| 7TH | 2,333 | 1,262 | 54.1 | 1,071 | 45.9 |
| IL,N | 687 | 293 | 42.6 | 394 | 57.4 |
| IL,C | 277 | 191 | 69.0 | 86 | 31.0 |
| IL,S | 266 | 126 | 47.4 | 140 | 52.6 |
| IN,N | 299 | 187 | 62.5 | 112 | 37.5 |
| IN,S | 502 | 344 | 68.5 | 158 | 31.5 |
| WI,E | 242 | 99 | 40.9 | 143 | 59.1 |
| WI,W | 60 | 22 | 36.7 | 38 | 63.3 |
| 8TH | 5,184 | 3,189 | 61.5 | 1,995 | 38.5 |
| AR,E | 402 | 164 | 40.8 | 238 | 59.2 |
| AR,W | 144 | 89 | 61.8 | 55 | 38.2 |
| IA,N | 310 | 185 | 59.7 | 125 | 40.3 |
| IA,S | 392 | 275 | 70.2 | 117 | 29.8 |
| MN | 357 | 149 | 41.7 | 208 | 58.3 |
| MO,E | 1,452 | 1,018 | 70.1 | 434 | 29.9 |
| MO,W | 717 | 487 | 67.9 | 230 | 32.1 |
| NE | 497 | 286 | 57.5 | 211 | 42.5 |
| ND | 353 | 207 | 58.6 | 146 | 41.4 |
| SD | 560 | 329 | 58.8 | 231 | 41.3 |
| 9TH | 10,286 | 4,993 | 48.5 | 5,293 | 51.5 |
| AK | 152 | 76 | 50.0 | 76 | 50.0 |
| AZ | 1,849 | 793 | 42.9 | 1,056 | 57.1 |
| CA,N | 526 | 182 | 34.6 | 344 | 65.4 |
| CA,E | 421 | 235 | 55.8 | 186 | 44.2 |
| CA,C | 1,103 | 458 | 41.5 | 645 | 58.5 |
| CA,S | 3,879 | 2,338 | 60.3 | 1,541 | 39.7 |
| HI | 149 | 53 | 35.6 | 96 | 64.4 |
| ID | 253 | 149 | 58.9 | 104 | 41.1 |
| MT | 248 | 103 | 41.5 | 145 | 58.5 |
| NV | 345 | 168 | 48.7 | 177 | 51.3 |
| OR | 439 | 166 | 37.8 | 273 | 62.2 |
| WA,E | 217 | 120 | 55.3 | 97 | 44.7 |
| WA,W | 651 | 141 | 21.7 | 510 | 78.3 |
| GUAM | 32 | 9 | 28.1 | 23 | 71.9 |
| NM,I | 22 | 2 | 9.1 | 20 | 90.9 |

**Table H-14A.**
**U.S. District Courts ---- Pretrial Services Release and Detention, Excluding Immigration Cases**
**For the 12-Month Period Ending September 30, 2021**

| Circuit and District | Cases[1] | Detained and Never Released[2] | | Released[3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct. |
| 10TH | 4,316 | 2,670 | 61.9 | 1,646 | 38.1 |
| CO | 341 | 191 | 56.0 | 150 | 44.0 |
| KS | 327 | 155 | 47.4 | 172 | 52.6 |
| NM | 1,347 | 823 | 61.1 | 524 | 38.9 |
| OK,N | 629 | 427 | 67.9 | 202 | 32.1 |
| OK,E | 380 | 315 | 82.9 | 65 | 17.1 |
| OK,W | 534 | 229 | 42.9 | 305 | 57.1 |
| UT | 642 | 446 | 69.5 | 196 | 30.5 |
| WY | 116 | 84 | 72.4 | 32 | 27.6 |
| 11TH | 4,465 | 2,222 | 49.8 | 2,243 | 50.2 |
| AL,N | 265 | 93 | 35.1 | 172 | 64.9 |
| AL,M | 160 | 34 | 21.3 | 126 | 78.8 |
| AL,S | 203 | 97 | 47.8 | 106 | 52.2 |
| FL,N | 297 | 140 | 47.1 | 157 | 52.9 |
| FL,M | 905 | 578 | 63.9 | 327 | 36.1 |
| FL,S | 1,360 | 709 | 52.1 | 651 | 47.9 |
| GA,N | 453 | 160 | 35.3 | 293 | 64.7 |
| GA,M | 332 | 148 | 44.6 | 184 | 55.4 |
| GA,S | 490 | 263 | 53.7 | 227 | 46.3 |

NOTE:  This table excludes data for the District of Columbia and includes transfers received.
NOTE: Includes data reported for previous periods on Table H-9.

[1] Data represents defendants whose cases were activated during the 12-month period. Excludes dismissals, cases in which release is not possible within 90 days, transfers out, and cases that were later converted to diversion cases during the period.

[2] Includes data reported for previous periods as "never released."

[3] Includes data reported for previous periods as "later released," "released and later detained," and "never detained."

# APPENDIX 3

## AO TABLE H-3 (Sept. 30, 2021)
https://perma.cc/5P82-ACXB

**Table H-3.**
**U.S. District Courts ---- Pretrial Services Recommendations Made For Initial Pretrial Release**
**For the 12-Month Period Ending September 30, 2021**

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] | | | | | | Type of AUSA[2] Recommendation Made[3] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PSO Recommended | | Detention | | Release | | AUSA Recommendation | | Detention | | Release | |
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| TOTAL | 76,367 | 69,105 | 90.5 | 42,705 | 61.8 | 26,400 | 38.2 | 69,001 | 90.4 | 48,999 | 71.0 | 20,002 | 29.0 |
| 1ST | 2,211 | 1,973 | 89.2 | 1,101 | 55.8 | 872 | 44.2 | 1,967 | 89.0 | 1,416 | 72.0 | 551 | 28.0 |
| ME | 194 | 136 | 70.1 | 43 | 31.6 | 93 | 68.4 | 136 | 70.1 | 50 | 36.8 | 86 | 63.2 |
| MA | 562 | 520 | 92.5 | 214 | 41.2 | 306 | 58.8 | 520 | 92.5 | 301 | 57.9 | 219 | 42.1 |
| NH | 248 | 168 | 67.7 | 62 | 36.9 | 106 | 63.1 | 167 | 67.3 | 70 | 41.9 | 97 | 58.1 |
| RI | 187 | 169 | 90.4 | 70 | 41.4 | 99 | 58.6 | 169 | 90.4 | 109 | 64.5 | 60 | 35.5 |
| PR | 1,020 | 980 | 96.1 | 712 | 72.7 | 268 | 27.3 | 975 | 95.6 | 886 | 90.9 | 89 | 9.1 |
| 2ND | 3,427 | 3,210 | 93.7 | 1,451 | 45.2 | 1,759 | 54.8 | 3,221 | 94.0 | 1,767 | 54.9 | 1,454 | 45.1 |
| CT | 351 | 286 | 81.5 | 128 | 44.8 | 158 | 55.2 | 282 | 80.3 | 159 | 56.4 | 123 | 43.6 |
| NY,N | 389 | 347 | 89.2 | 211 | 60.8 | 136 | 39.2 | 350 | 90.0 | 222 | 63.4 | 128 | 36.6 |
| NY,E | 864 | 841 | 97.3 | 350 | 41.6 | 491 | 58.4 | 841 | 97.3 | 435 | 51.7 | 406 | 48.3 |
| NY,S | 1,271 | 1,265 | 99.5 | 534 | 42.2 | 731 | 57.8 | 1,265 | 99.5 | 629 | 49.7 | 636 | 50.3 |
| NY,W | 423 | 360 | 85.1 | 157 | 43.6 | 203 | 56.4 | 374 | 88.4 | 238 | 63.6 | 136 | 36.4 |
| VT | 129 | 111 | 86.0 | 71 | 64.0 | 40 | 36.0 | 109 | 84.5 | 84 | 77.1 | 25 | 22.9 |
| 3RD | 3,358 | 3,014 | 89.8 | 1,319 | 43.8 | 1,695 | 56.2 | 2,998 | 89.3 | 1,539 | 51.3 | 1,459 | 48.7 |
| DE | 85 | 80 | 94.1 | 43 | 53.8 | 37 | 46.3 | 80 | 94.1 | 48 | 60.0 | 32 | 40.0 |
| NJ | 1,365 | 1,237 | 90.6 | 480 | 38.8 | 757 | 61.2 | 1,236 | 90.5 | 546 | 44.2 | 690 | 55.8 |
| PA,E | 596 | 592 | 99.3 | 295 | 49.8 | 297 | 50.2 | 592 | 99.3 | 344 | 58.1 | 248 | 41.9 |
| PA,M | 504 | 433 | 85.9 | 249 | 57.5 | 184 | 42.5 | 420 | 83.3 | 263 | 62.6 | 157 | 37.4 |
| PA,W | 739 | 627 | 84.8 | 234 | 37.3 | 393 | 62.7 | 624 | 84.4 | 317 | 50.8 | 307 | 49.2 |
| VI | 69 | 45 | 65.2 | 18 | 40.0 | 27 | 60.0 | 46 | 66.7 | 21 | 45.7 | 25 | 54.3 |
| 4TH | 5,098 | 3,890 | 76.3 | 2,289 | 58.8 | 1,601 | 41.2 | 3,897 | 76.4 | 2,656 | 68.2 | 1,241 | 31.8 |
| MD | 612 | 573 | 93.6 | 314 | 54.8 | 259 | 45.2 | 566 | 92.5 | 328 | 58.0 | 238 | 42.0 |
| NC,E | 984 | 703 | 71.4 | 494 | 70.3 | 209 | 29.7 | 701 | 71.2 | 572 | 81.6 | 129 | 18.4 |
| NC,M | 359 | 349 | 97.2 | 235 | 67.3 | 114 | 32.7 | 349 | 97.2 | 270 | 77.4 | 79 | 22.6 |
| NC,W | 518 | 472 | 91.1 | 351 | 74.4 | 121 | 25.6 | 467 | 90.2 | 371 | 79.4 | 96 | 20.6 |
| SC | 718 | 509 | 70.9 | 255 | 50.1 | 254 | 49.9 | 487 | 67.8 | 289 | 59.3 | 198 | 40.7 |
| VA,E | 943 | 602 | 63.8 | 259 | 43.0 | 343 | 57.0 | 658 | 69.8 | 429 | 65.2 | 229 | 34.8 |
| VA,W | 299 | 179 | 59.9 | 78 | 43.6 | 101 | 56.4 | 169 | 56.5 | 83 | 49.1 | 86 | 50.9 |
| WV,N | 394 | 291 | 73.9 | 154 | 52.9 | 137 | 47.1 | 291 | 73.9 | 137 | 47.1 | 154 | 52.9 |
| WV,S | 271 | 212 | 78.2 | 149 | 70.3 | 63 | 29.7 | 209 | 77.1 | 177 | 84.7 | 32 | 15.3 |
| 5TH | 20,888 | 19,648 | 94.1 | 14,936 | 76.0 | 4,712 | 24.0 | 19,486 | 93.3 | 16,834 | 86.4 | 2,652 | 13.6 |
| LA,E | 281 | 261 | 92.9 | 95 | 36.4 | 166 | 63.6 | 261 | 92.9 | 121 | 46.4 | 140 | 53.6 |
| LA,M | 94 | 64 | 68.1 | 19 | 29.7 | 45 | 70.3 | 64 | 68.1 | 29 | 45.3 | 35 | 54.7 |
| LA,W | 366 | 256 | 69.9 | 145 | 56.6 | 111 | 43.4 | 245 | 66.9 | 144 | 58.8 | 101 | 41.2 |
| MS,N | 160 | 129 | 80.6 | 70 | 54.3 | 59 | 45.7 | 129 | 80.6 | 63 | 48.8 | 66 | 51.2 |
| MS,S | 361 | 311 | 86.1 | 239 | 76.8 | 72 | 23.2 | 310 | 85.9 | 245 | 79.0 | 65 | 21.0 |
| TX,N | 1,008 | 940 | 93.3 | 511 | 54.4 | 429 | 45.6 | 929 | 92.2 | 657 | 70.7 | 272 | 29.3 |
| TX,E | 1,192 | 1,024 | 85.9 | 669 | 65.3 | 355 | 34.7 | 952 | 79.9 | 747 | 78.5 | 205 | 21.5 |
| TX,S | 10,250 | 9,574 | 93.4 | 8,125 | 84.9 | 1,449 | 15.1 | 9,541 | 93.1 | 8,396 | 88.0 | 1,145 | 12.0 |
| TX,W | 7,176 | 7,089 | 98.8 | 5,063 | 71.4 | 2,026 | 28.6 | 7,055 | 98.3 | 6,432 | 91.2 | 623 | 8.8 |
| 6TH | 5,310 | 4,609 | 86.8 | 2,696 | 58.5 | 1,913 | 41.5 | 4,705 | 88.6 | 3,145 | 66.8 | 1,560 | 33.2 |
| KY,E | 479 | 333 | 69.5 | 232 | 69.7 | 101 | 30.3 | 332 | 69.3 | 231 | 69.6 | 101 | 30.4 |
| KY,W | 309 | 268 | 86.7 | 146 | 54.5 | 122 | 45.5 | 268 | 86.7 | 171 | 63.8 | 97 | 36.2 |
| MI,E | 935 | 878 | 93.9 | 418 | 47.6 | 460 | 52.4 | 877 | 93.8 | 488 | 55.6 | 389 | 44.4 |
| MI,W | 344 | 326 | 94.8 | 186 | 57.1 | 140 | 42.9 | 326 | 94.8 | 237 | 72.7 | 89 | 27.3 |
| OH,N | 1,072 | 984 | 91.8 | 586 | 59.6 | 398 | 40.4 | 980 | 91.4 | 662 | 67.6 | 318 | 32.4 |
| OH,S | 741 | 663 | 89.5 | 229 | 34.5 | 434 | 65.5 | 661 | 89.2 | 333 | 50.4 | 328 | 49.6 |
| TN,E | 660 | 638 | 96.7 | 539 | 84.5 | 99 | 15.5 | 637 | 96.5 | 550 | 86.3 | 87 | 13.7 |
| TN,M | 293 | 133 | 45.4 | 120 | 90.2 | 13 | 9.8 | 239 | 81.6 | 193 | 80.8 | 46 | 19.2 |
| TN,W | 477 | 386 | 80.9 | 240 | 62.2 | 146 | 37.8 | 385 | 80.7 | 280 | 72.7 | 105 | 27.3 |

**Table H-3.**
**U.S. District Courts ---- Pretrial Services Recommendations Made For Initial Pretrial Release**
**For the 12-Month Period Ending September 30, 2021**

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] | | | | | | Type of AUSA[2] Recommendation Made[3] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PSO Recommended | | Detention | | Release | | AUSA Recommendation | | Detention | | Release | |
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| 7TH | 2,827 | 2,441 | 86.3 | 1,275 | 52.2 | 1,166 | 47.8 | 2,449 | 86.6 | 1,630 | 66.6 | 819 | 33.4 |
| IL,N | 855 | 814 | 95.2 | 319 | 39.2 | 495 | 60.8 | 815 | 95.3 | 446 | 54.7 | 369 | 45.3 |
| IL,C | 313 | 281 | 89.8 | 203 | 72.2 | 78 | 27.8 | 278 | 88.8 | 216 | 77.7 | 62 | 22.3 |
| IL,S | 292 | 250 | 85.6 | 122 | 48.8 | 128 | 51.2 | 250 | 85.6 | 179 | 71.6 | 71 | 28.4 |
| IN,N | 336 | 306 | 91.1 | 198 | 64.7 | 108 | 35.3 | 313 | 93.2 | 221 | 70.6 | 92 | 29.4 |
| IN,S | 553 | 493 | 89.2 | 314 | 63.7 | 179 | 36.3 | 496 | 89.7 | 418 | 84.3 | 78 | 15.7 |
| WI,E | 327 | 244 | 74.6 | 102 | 41.8 | 142 | 58.2 | 244 | 74.6 | 133 | 54.5 | 111 | 45.5 |
| WI,W | 151 | 53 | 35.1 | 17 | 32.1 | 36 | 67.9 | 53 | 35.1 | 17 | 32.1 | 36 | 67.9 |
| 8TH | 5,953 | 5,238 | 88.0 | 3,272 | 62.5 | 1,966 | 37.5 | 5,215 | 87.6 | 3,938 | 75.5 | 1,277 | 24.5 |
| AR,E | 491 | 406 | 82.7 | 208 | 51.2 | 198 | 48.8 | 406 | 82.7 | 234 | 57.6 | 172 | 42.4 |
| AR,W | 228 | 160 | 70.2 | 118 | 73.8 | 42 | 26.3 | 158 | 69.3 | 118 | 74.7 | 40 | 25.3 |
| IA,N | 371 | 323 | 87.1 | 193 | 59.8 | 130 | 40.2 | 323 | 87.1 | 227 | 70.3 | 96 | 29.7 |
| IA,S | 454 | 405 | 89.2 | 260 | 64.2 | 145 | 35.8 | 405 | 89.2 | 326 | 80.5 | 79 | 19.5 |
| MN | 414 | 400 | 96.6 | 179 | 44.8 | 221 | 55.3 | 401 | 96.9 | 206 | 51.4 | 195 | 48.6 |
| MO,E | 1,576 | 1,498 | 95.1 | 1,085 | 72.4 | 413 | 27.6 | 1,501 | 95.2 | 1,214 | 80.9 | 287 | 19.1 |
| MO,W | 842 | 670 | 79.6 | 448 | 66.9 | 222 | 33.1 | 660 | 78.4 | 554 | 83.9 | 106 | 16.1 |
| NE | 581 | 548 | 94.3 | 360 | 65.7 | 188 | 34.3 | 538 | 92.6 | 408 | 75.8 | 130 | 24.2 |
| ND | 401 | 266 | 66.3 | 138 | 51.9 | 128 | 48.1 | 264 | 65.8 | 175 | 66.3 | 89 | 33.7 |
| SD | 595 | 562 | 94.5 | 283 | 50.4 | 279 | 49.6 | 559 | 93.9 | 476 | 85.2 | 83 | 14.8 |
| 9TH | 15,555 | 14,859 | 95.5 | 8,040 | 54.1 | 6,819 | 45.9 | 14,753 | 94.8 | 9,200 | 62.4 | 5,553 | 37.6 |
| AK | 190 | 163 | 85.8 | 96 | 58.9 | 67 | 41.1 | 162 | 85.3 | 124 | 76.5 | 38 | 23.5 |
| AZ | 4,672 | 4,489 | 96.1 | 3,454 | 76.9 | 1,035 | 23.1 | 4,482 | 95.9 | 3,751 | 83.7 | 731 | 16.3 |
| CA,N | 621 | 612 | 98.6 | 226 | 36.9 | 386 | 63.1 | 614 | 98.9 | 395 | 64.3 | 219 | 35.7 |
| CA,E | 534 | 526 | 98.5 | 359 | 68.3 | 167 | 31.7 | 527 | 98.7 | 421 | 79.9 | 106 | 20.1 |
| CA,C | 1,639 | 1,598 | 97.5 | 854 | 53.4 | 744 | 46.6 | 1,583 | 96.6 | 960 | 60.6 | 623 | 39.4 |
| CA,S | 4,941 | 4,810 | 97.3 | 1,811 | 37.7 | 2,999 | 62.3 | 4,726 | 95.6 | 2,032 | 43.0 | 2,694 | 57.0 |
| HI | 176 | 144 | 81.8 | 39 | 27.1 | 105 | 72.9 | 144 | 81.8 | 81 | 56.3 | 63 | 43.8 |
| ID | 339 | 288 | 85.0 | 185 | 64.2 | 103 | 35.8 | 290 | 85.5 | 216 | 74.5 | 74 | 25.5 |
| MT | 354 | 263 | 74.3 | 120 | 45.6 | 143 | 54.4 | 263 | 74.3 | 145 | 55.1 | 118 | 44.9 |
| NV | 481 | 451 | 93.8 | 272 | 60.3 | 179 | 39.7 | 450 | 93.6 | 308 | 68.4 | 142 | 31.6 |
| OR | 522 | 504 | 96.6 | 220 | 43.7 | 284 | 56.3 | 504 | 96.6 | 302 | 59.9 | 202 | 40.1 |
| WA,E | 282 | 232 | 82.3 | 163 | 70.3 | 69 | 29.7 | 228 | 80.9 | 202 | 88.6 | 26 | 11.4 |
| WA,W | 747 | 724 | 96.9 | 226 | 31.2 | 498 | 68.8 | 725 | 97.1 | 241 | 33.2 | 484 | 66.8 |
| GUAM | 35 | 33 | 94.3 | 13 | 39.4 | 20 | 60.6 | 33 | 94.3 | 18 | 54.5 | 15 | 45.5 |
| NM,I | 22 | 22 | 100.0 | 2 | 9.1 | 20 | 90.9 | 22 | 100.0 | 4 | 18.2 | 18 | 81.8 |
| 10TH | 5,631 | 5,162 | 91.7 | 3,640 | 70.5 | 1,522 | 29.5 | 5,165 | 91.7 | 3,996 | 77.4 | 1,169 | 22.6 |
| CO | 429 | 365 | 85.1 | 235 | 64.4 | 130 | 35.6 | 367 | 85.5 | 264 | 71.9 | 103 | 28.1 |
| KS | 413 | 345 | 83.5 | 188 | 54.5 | 157 | 45.5 | 345 | 83.5 | 213 | 61.7 | 132 | 38.3 |
| NM | 2,212 | 2,111 | 95.4 | 1,622 | 76.8 | 489 | 23.2 | 2,114 | 95.6 | 1,711 | 80.9 | 403 | 19.1 |
| OK,N | 699 | 656 | 93.8 | 466 | 71.0 | 190 | 29.0 | 656 | 93.8 | 521 | 79.4 | 135 | 20.6 |
| OK,E | 418 | 354 | 84.7 | 286 | 80.8 | 68 | 19.2 | 357 | 85.4 | 321 | 89.9 | 36 | 10.1 |
| OK,W | 635 | 579 | 91.2 | 259 | 44.7 | 320 | 55.3 | 578 | 91.0 | 299 | 51.7 | 279 | 48.3 |
| UT | 680 | 638 | 93.8 | 490 | 76.8 | 148 | 23.2 | 638 | 93.8 | 563 | 88.2 | 75 | 11.8 |
| WY | 145 | 114 | 78.6 | 94 | 82.5 | 20 | 17.5 | 110 | 75.9 | 104 | 94.5 | 6 | 5.5 |
| 11TH | 6,109 | 5,061 | 82.8 | 2,686 | 53.1 | 2,375 | 46.9 | 5,145 | 84.2 | 2,878 | 55.9 | 2,267 | 44.1 |
| AL,N | 422 | 268 | 63.5 | 111 | 41.4 | 157 | 58.6 | 267 | 63.3 | 117 | 43.8 | 150 | 56.2 |
| AL,M | 175 | 160 | 91.4 | 40 | 25.0 | 120 | 75.0 | 161 | 92.0 | 48 | 29.8 | 113 | 70.2 |
| AL,S | 299 | 206 | 68.9 | 111 | 53.9 | 95 | 46.1 | 202 | 67.6 | 139 | 68.8 | 63 | 31.2 |
| FL,N | 368 | 327 | 88.9 | 168 | 51.4 | 159 | 48.6 | 327 | 88.9 | 176 | 53.8 | 151 | 46.2 |
| FL,M | 1,306 | 1,077 | 82.5 | 604 | 56.1 | 473 | 43.9 | 1,077 | 82.5 | 762 | 70.8 | 315 | 29.2 |
| FL,S | 1,819 | 1,603 | 88.1 | 855 | 53.3 | 748 | 46.7 | 1,798 | 98.8 | 795 | 44.2 | 1,003 | 55.8 |
| GA,N | 718 | 609 | 84.8 | 316 | 51.9 | 293 | 48.1 | 562 | 78.3 | 340 | 60.5 | 222 | 39.5 |
| GA,M | 425 | 341 | 80.2 | 164 | 48.1 | 177 | 51.9 | 292 | 68.7 | 186 | 63.7 | 106 | 36.3 |
| GA,S | 577 | 470 | 81.5 | 317 | 67.4 | 153 | 32.6 | 459 | 79.5 | 315 | 68.6 | 144 | 31.4 |

NOTE: This table excludes data for the District of Columbia and includes transfers received.
[1] PSO = Pretrial Services Officer.
[2] AUSA = Assistant U.S. Attorney.
[3] Excludes dismissals and cases in which release is not possible within 90 days.