**In the United States District Court**
**For the District of Maryland**

**United States of America**          *

    v.                                    *          No.  DKC-22-429

**OJ Rashad Green**                   *

    *   *   *   *   *   *   *   *   *   *

**Motion to Seal**

OJ Rashad Green, by counsel, moves to place under seal his unredacted Motion to Dismiss Count One of Superseding Indictment ("Motion") and its accompanying exhibits. The exhibits comprise materials covered by the Protective Order (ECF No. 20) as well as materials containing personal identifying information, the identity and statements of civilian witnesses, and personal information of the victim.  The portions of the Motion which are redacted in the publicly filed version quote from, or refer directly to, these materials and information.

Wherefore, Mr. Green requests that the unredacted Motion and its exhibits be placed under seal.

                                                  Respectfully submitted,

                                                James Wyda
                                                Federal Public Defender

                                                      /s/
                                                Douglas R. Miller, #18309
                                                Ellie C. Marranzini, #817525
                                                Assistant Federal Public Defenders
                                                6411 Ivy Lane, Suite 710
                                                Greenbelt, MD 20770-4510
                                                (301) 344-0600
                                                (301) 344-0019 (fax)
                                                Email: douglas_miller@fd.org
                                                       ellie_marranzini@fd.org