```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA      :

                                        :

   v.                             :       Criminal No. DKC 22-429

                                        :

OJ RASHAD GREEN                :

**ORDER**

For the reasons stated on the record at the motions hearing on December 13, 2024, it is this 17th day of December, 2024, by the United States District Court for the District of Maryland, ORDERED that:

    1.  The motions to seal (ECF Nos. 61, 62, 71, 74, 78, 84, and 86) BE, and the same hereby ARE, GRANTED.  The personal information contained in the submissions should remain confidential except as recited in judicial decision;

    2.  The Motion to Suppress Statements (ECF No. 58), Motion to Suppress Tangible and Derivative Evidence and for a Franks Hearing (ECF No. 59), and Motion to Dismiss Count One of the Superseding Indictment (ECF No. 65) filed by Defendant OJ Rashad Green BE, and the same hereby ARE, DENIED;

    3.  The motion for leave to file an audio file as an exhibit filed by the government (ECF No. 76) BE, and the same hereby IS, GRANTED; and

4. The Clerk is directed to transmit a copy of this Order to counsel of record.

/s/
DEBORAH K. CHASANOW
United States District Judge
